**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID MANNING STODGHILL,    :    No. 3 MAP 2017
                            :
            Appellant       :    Appeal from the order of the
                            :    Commonwealth Court dated November
                            :    23, 2016 at No. 363 MD 2015.
        v.                  :
                            :
                            :
PENNSYLVANIA DEPARTMENT OF  :
CORRECTIONS,                :
                            :
            Appellee        :


<u>**ORDER**</u>


**PER CURIAM**                    **DECIDED:  January 18, 2018**


**AND NOW,** this 18th day of January, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED**.